S. LANE TUCKER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BENJAMIN WALSTON,<br><br>Defendant. | No. 3:23-cr-00071-SLG-KFR<br><br>COUNT 1:<br>ATTEMPTED DISTRIBUTION OF A CONTROLLED SUBSTANCE<br>  Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A), and 846<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |
|---|---|

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

Between on or about July 20, 2021, and July 28, 2021, within the District of Alaska and elsewhere, the defendant, WILLIAM BENJAMIN WALSTON, did knowingly and intentionally attempt to distribute 50 grams or more of pure methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), and 846.

## CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 21 U.S.C. § 841 set forth in Count 1, the defendant, shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including but not limited to:

1. $4,000 in U.S. Currency representing controlled buy money spent in the investigation.

If any of the property described above, as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

The United States also seeks a personal money judgment pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure.

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Christina Sherman
CHRISTINA SHERMAN
Assistant United States Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


DATE:  August 15, 2023